[No. 47368-2-II.   Division Two.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FAUZI BIN ZAIN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00596-0, Marilyn K. Haan, J., entered July 31, 2014. *Affirmed* by unpublished opinion per Sutton, J., concurred in by Worswick and Lee, JJ.

[No. 47722-0-II.   Division Two.   December 1, 2015.]

EMANUEL MCCRAY, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 15-2-00459-3, Suzan L. Clark, J., entered May 22, 2015. *Reversed* and *remanded* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Sutton, JJ.

[No. 31353-1.   Division Three.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CASEY R. ROBERTSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-03370-9, Kathleen M. O'Connor, J., entered December 12, 2012. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 31802-8-III.   Division Three.   December 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JON JASON KING, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-1-00358-2, Bruce A. Spanner, J., entered July 12, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.